IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT D. CHANCE and
ANNE M. CHANCE,

        Plaintiffs,

v.                                              No. 1:21-cv-00926-KWR-JHR

UNITED STATES OF AMERICA, et al.,

        Defendants.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on *pro se* Plaintiffs' failure to comply with the Court's Order to Cure Deficiency, Doc. 3, filed September 24, 2021 ("Cure Order").

Plaintiffs, who do not reside in the District of New Mexico, seek to have their Petition presented to the Grand Jury, make vague allegations of civil rights violations regarding the presidential election, do not allege that any criminal violations occurred in the District of New Mexico, and seek a declaration, subject to sufficient findings by the Grand Jury, that the presidential election is void. *See* Petition to the United States Grand Jury for Criminal Violations of Civil Rights, Doc. 1, filed September 13, 2021.

Plaintiffs did not pay the $402.00 fee for instituting a civil action or file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." United States Magistrate Judge Jerry H. Ritter ordered Plaintiffs to either pay the fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs, and notified Plaintiffs that failure to timely comply may result in dismissal of this case. *See* Cure Order at 1. Plaintiffs did not pay the fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs by the October 15, 2021, deadline.

**IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**